```
 1                IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE EASTERN DISTRICT OF TEXAS

 3                          MARSHALL DIVISION

 4  ULTRAVISION TECHNOLOGIES,    )(

 5  LLC,                         )(   CIVIL ACTION NO.

 6       PLAINTIFF,              )(   2:18-CV-150-JRG-RSP

 7  VS.                          )(   TYLER, TEXAS

 8                               )(

 9  NEC DISPLAY SOLUTIONS, LTD., )(

10  ET AL.,                      )(   MAY 20, 2019

11       DEFENDANTS.             )(   9:20 A.M.

12                       SCHEDULING CONFERENCE

13       BEFORE THE HONORABLE CHIEF JUDGE RODNEY GILSTRAP

14                    UNITED STATES DISTRICT JUDGE

15  APPEARANCES:

16  FOR THE PLAINTIFF: (See Attorney Attendance Sheet docketed
                       in minutes of this hearing.)
17

18  FOR THE DEFENDANTS:(See Attorney Attendance Sheet docketed
                       in minutes of this hearing.)
19

20  COURT REPORTER:    Shelly Holmes, CSR, TCRR
                       Official Court Reporter
21                     United States District Court
                       Eastern District of Texas
22                     Marshall Division
                       100 E. Houston
23                     Marshall, Texas  75670
                       (903) 923-7464
24

25  (Proceedings recorded by mechanical stenography, transcript
    produced on a CAT system.)
```

```
 1                        I N D E X
 2
 3   May 20, 2019
 4                                              Page
 5        Appearances                            1
 6        Hearing                                3
 7        Court Reporter's Certificate           6
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              THE COURT:  And the last case I have to call this
 2  morning may be somewhat of the same situation.  We'll soon
 3  see.
 4              This is 2:18-CV-0150, Ultravision Technologies
 5  versus NEC Display Solutions, Ltd; NEC Corporation, NEC
 6  Display Solutions Europe, and S[quadrat] GmbH.
 7              What says the Plaintiff?
 8              MR. BAXTER:  Sam Baxter for the Plaintiff, Your
 9  Honor.  We do not consent.
10              THE COURT:  What says the Defendant?
11              MR. JONES:  Your Honor, Mike Jones and John Bufe
12  representing NEC Display Solutions Limited and that entity
13  does not consent, Your Honor.
14              With regard to NEC Display Solutions of America,
15  Inc., it's my understanding they have been dropped by
16  notice of dismissal.
17              With regard to the other three Defendants, which I
18  believe are foreign corporations, including NEC
19  Corporation, et al., those parties have not been served,
20  although from talking with co-counsel, I understand there
21  may be some negotiations going on over service.  We have
22  not been -- our firm has not been retained by them as yet,
23  and they have no announcement, Your Honor.
24              THE COURT:  All right.  Well, as with the
25  Ultravision Technologies cases that were recently
```

1  addressed, I'm going to proceed with scheduling in this
2  case, again, being aware that there may need to be
3  adjustments going forward to the scheduling deadlines as
4  Defendants who are named but perhaps have not had service
5  completely effected yet coming into case.
6           But I'm not going to fail or refuse to schedule
7  them at this point, especially when there's at least one
8  Defendant that has appeared and announced ready in the
9  case.
10          (The following portion was held later in the
11 scheduling conference.)
12          THE COURT:  And in Ultravision Technologies versus
13 NEC, et al., the 2:18-CV-150 case, claim construction is
14 set on December the 2nd, 2019 at 1:30 p.m. before me.  Jury
15 selection is set before me on June the 1st, 2020.
16          (Hearing concluded.)
17
18
19
20
21
22
23
24
25

1                          CERTIFICATION

2

3         I HEREBY CERTIFY that the foregoing is a true and

4    correct transcript from the stenographic notes of the

5    proceedings in the above-entitled matter to the best of my

6    ability.

7

8

9    /S/ Shelly Holmes      _____            5/30/19
     SHELLY HOLMES, CSR, TCRR                   Date
10   OFFICIAL REPORTER
     State of Texas No.: 7804
11   Expiration Date: 12/31/20

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25