# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br>v.<br><br>NEC DISPLAY SOLUTIONS, LTD.,<br>NEC CORPORATION,<br>NEC DISPLAY SOLUTIONS EUROPE GMBH, and S[QUADRAT] GMBH,<br><br>    Defendants. | Case No. 2:18-cv-00150-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT NEC DISPLAY SOLUTIONS, LTD.'S
## NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES

Defendant NEC Display Solutions, Ltd. ("NECDS") hereby notifies the Court that on June 10, 2019 it served all counsel of record, via electronic mail, its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and L.R. CV-26.

Date: June 10, 2019

Respectfully submitted,

By: */s/ John F. Bufe*
John F. Bufe
POTTER MINTON, PC
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903)-597-8311 (telephone)
(903)-593-0846 (facsimile)
johnbufe@potterminton.com

Attorneys for Defendant
NEC Display Solutions, Ltd.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 10, 2019.

*/s/ John F. Bufe*
John F. Bufe