**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:18-CV-00150-JRG-RSP |
| NEC DISPLAY SOLUTIONS, LTD. ET AL, | § § § § | |
| Defendants. | § § | |

## ORDER

The above captioned case is hereby ORDERED to be CONSOLIDATED for all pretrial issues with LEAD CASE, Cause No. 2:18-cv-00100-JRG-RSP. All parties are instructed to file any future filings in the LEAD CASE. Individual cases remain active for trial.

The Clerk is instructed to add the consolidated defendants into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who have appeared pro hac vice in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear pro hac vice in the Lead Case. Counsel who have not appeared in a member case at the point when it is consolidated into the Lead Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.

**SIGNED this 24th day of June, 2019.**

                                                                                                                             */s/ Roy S. Payne*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE